## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 50077 | **DATE** | 7/30/2008 |
| **CASE TITLE** | Eichwedel vs. Chandler | | |

**DOCKET ENTRY TEXT:**

The court grants the motion for extension of time to file a reply brief. The reply brief is to be filed on or before October 7, 2008. No further extensions will be granted.

*Philip G. Reinhard*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | LC |
|---|---|---|